UST-32A, 3-03

**SO ORDERED.**

**Dated: May 24, 2021**



*Madeleine C. Wanslee*
**Madeleine C. Wanslee, Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| LOIS A HAHN | ) | CASE NO. 0:09-BK-11691-MCW |
| | ) | |
| | ) | |
| | ) | ORDER FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS TO THE |
| Debtor | ) | U.S. BANKRUPTCY COURT |
| | ) | |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $*3634.81** to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

SIGNED AND DATED ABOVE